**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ANDREW CHARLES SCHRADER,

    Plaintiffs,

v.

ANDREW SAUL, COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION

    Defendant.
_____/

Case No. 19-11663

Honorable Nancy G. Edmunds

## ORDER GRANTING DEFENDANT'S MOTION TO STAY [22]

Pending before the Court is Defendant Commissioner of Social Security's motion to stay this case in light of the Sixth Circuit's recent decision in *Ramsey v. Comm'r of Soc. Sec.*, 2020 WL 5200979 (6th Cir. Sept. 1, 2020). Having considered the record in this matter and being fully advised in the premises, the Court finds that Defendant's motion to stay should be **GRANTED**. Accordingly, it is hereby **ORDERED** that this case shall be stayed until **October 31, 2020**.

    **SO ORDERED.**

                                    s/Nancy G. Edmunds
                                    Nancy G. Edmunds
                                    United States District Judge

Dated:  September 17, 2020

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 17, 2020, by electronic and/or ordinary mail.

                                    s/Lisa Bartlett
                                    Case Manager