UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW S.,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____/

Case No: 2:19-11663

Honorable Nancy G. Edmunds
Magistrate Judge Patricia T. Morris

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S APRIL 29, 2025 REPORT AND RECOMMENDATION [38]**

This is a social security case in which Plaintiff was eventually awarded past-due benefits of $172,938.00 from the Social Security Administration. (ECF No. 33-1, PageID.1605.) Plaintiff's counsel now moves for attorney fees under 42 U.S.C. § 406(b). (ECF No. 33.) That motion was referred to Magistrate Judge Patricia T. Morris. (ECF No. 35.) Before the Court is the Magistrate Judge's report and recommendation to grant in part the motion for attorney fees. (ECF No. 38.) The Magistrate Judge recommends reducing counsel's award from the $29,550.00 requested to $21,197.20. *Id.*

No party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *See Hall v. Rawal*, No. 09-10933, 2012 U.S. Dist. LEXIS 120541, at *2 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Nevertheless, the Court has reviewed the matter and agrees with the Magistrate Judge. Thus, the Court ACCEPTS AND

1

ADOPTS the Magistrate Judge's report and recommendation (ECF No. 38).

Accordingly, the Court GRANTS IN PART the motion for attorney fees (ECF No. 33) and awards Plaintiff's counsel $21,197.20 in attorney fees under 42 U.S.C. § 406(b).

SO ORDERED.

                                               s/ Nancy G. Edmunds  
                                               Nancy G. Edmunds  
                                               United States District Judge

Dated: May 23, 2025

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 23, 2025, by electronic and/or ordinary mail.

                                               s/ Marlena Williams  
                                               Case Manager